```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        JUL 2 9 2013

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) 2:13-CR-262-JCM-(CWH) |
| NABIL SAKKAB, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On July 29, 2013, defendant NABIL SAKKAB pled guilty to Counts One and Two of a Two-Count Criminal Information charging him with Receipt, Possession and Disposal of Stolen Goods in violation of Title 18, United States Code, Section 2315 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information and Plea Agreement. Criminal Information, ECF No. ___; Plea Agreement, ECF No. ___.

This Court finds that NABIL SAKKAB shall pay a criminal forfeiture money judgment of $196,500 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. ___; Plea Agreement, ECF No. ___.

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from NABIL SAKKAB a criminal forfeiture money judgment in the amount of $196,500 in United States Currency.

DATED this ___ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE