

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NABIL SAKKAB, ) <br> ) <br> Defendant. ) | 2:13-CR-262-JCM-(CWH) |

**ORDER OF FORFEITURE**

This Court found on July 29, 2013, that NABIL SAKKAB shall pay a criminal forfeiture money judgment of $196,500 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 7.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from NABIL SAKKAB a criminal forfeiture money judgment in the amount of $196,500 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 14th day of Nov. 2013.

_____
UNITED STATES DISTRICT JUDGE