☑ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED
           COUNSEL/PARTIES OF RECORD

NOV 1 4 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-262-JCM-(CWH) |
| NABIL SAKKAB, | ) |
| Defendant. | ) |

**SUBSTITUTION AND FORFEITURE ORDER**

This Court, having read and considered the United States of America's Unopposed Motion to Substitute and to Forfeit Property of Nabil Sakkab, and good cause appearing, finds the assets described below are owned by Nabil Sakkab ("Sakkab").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the following is substituted and is forfeited to the United States of America pursuant to Title 21, United States Code, Section 853(p):

1. Platinum with an approximate weight of 777.7 grams contained in a bag;
2. 22 carat Gold with an approximate weight of 3.76 kg contained in a plastic container;
3. 14 carat Gold with an approximate weight of 7.76 kg contained in a plastic container; and
4. Foreign currency contained in a silver clutch bag

(all of which constitutes "property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Federal Bureau of Investigation ("FBI") will take custody of the aforementioned properties from Las Vegas Metropolitan Police Department ("LVMPD");

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the FBI will transfer the platinum and gold ("metals") to the United States Marshals Service ("USMS") to transport, smelt, and sell the metals, with the proceeds to be applied to his criminal forfeiture money judgment;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the FBI convert the foreign currency to United States currency, which will be applied to his criminal forfeiture money judgment;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of Sakkab in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of this Court;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

DATED this 14th day of November, 2013.

_____
UNITED STATES DISTRICT COURT