1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**
7                                **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,              )
9                         Plaintiff,       )
                                           )
10              v.                         )    2:13-CR-262-JCM-(CWH)
                                           )
11  NABIL SAKKAB,                          )
                                           )
12                        Defendant.       )

13                            **FINAL ORDER OF FORFEITURE**

14          On July 29, 2013, defendant NABIL SAKKAB pled guilty to Counts One and Two of a Two-

15  Count Criminal Information charging him with Receipt, Possession, and Disposal of Stolen Goods in

16  violation of Title 18, United States Code, Section 2315. Criminal Information, ECF No. 3; Plea

17  Agreement, ECF No. 6; Change of Plea Minutes, ECF No. 8.

18          On July 29, 2013, this Court entered an Order of Forfeiture as to NABIL SAKKAB, issuing an

19  in personam criminal forfeiture money judgment of $196,500 in United States Currency under Fed. R.

20  Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United

21  States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture,

22  ECF No. 7.

23          On November 11, 2013, the United States of America filed an Unopposed Motion to Substitute

24  and to Forfeit Property of Nabil Sakkab along with the proposed Substitution and Forfeiture Order

25  (ECF No. 15).

26  . . .

On November 14, 2013, this Court sentenced NABIL SAKKAB. Sentencing Minutes, ECF No. 21.  On the same date, this Court entered the sentencing Order of Forfeiture with an in personam criminal forfeiture money judgment of $196,500 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 19.

On November 14, 2013, this Court entered the Substitution and Forfeiture Order (ECF No. 20) authorizing the substitution and forfeiture of the following property pursuant to Title 21, United States Code, Section 853(p):

1. Platinum with an approximate weight of 777.7 grams contained in a bag;
2. 22 carat Gold with an approximate weight of 3.76 kg contained in a plastic container;
3. 14 carat Gold with an approximate weight of 7.76 kg contained in a plastic container; and
4. Foreign currency contained in a silver clutch bag.

On November 19, 2013, this Court entered the Judgment in a Criminal Case on NABIL SAKKAB with the Order of Forfeiture (ECF No. 20) attached. Judgment in a Criminal Case, ECF No. 22.

On November 27, 2013, the United States Marshals Service executed the substitution and forfeiture order (ECF No. 20). Notice of Filing Service of Process, ECF No. 25.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 12, 2013, through January 10, 2014, notifying all potential third parties of their right to petition the Court; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 24.

. . .

On January 23, 2014, the Federal Bureau of Investigation ("FBI") personally served Andreia Sakkab, through her attorney Michael I. Gowdey, with the Unopposed Motion to Substitute and to Forfeit Property of Nabil Sakkab, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Supplemental Service of Process for Personal Service, ECF No. 26.

On March 5, 2014, the FBI personally served David Y. Payne with the Unopposed Motion to Substitute and to Forfeit Property of Nabil Sakkab, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Supplemental Service of Process for Personal Service, ECF No. 26.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 982(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

1. Platinum with an approximate weight of 777.7 grams contained in a bag;

2. 22 carat Gold with an approximate weight of 3.76 kg contained in a plastic container;

3. 14 carat Gold with an approximate weight of 7.76 kg contained in a plastic container; and

4. Foreign currency contained in a silver clutch bag.

which will be applied towards the in personam criminal forfeiture money judgment of $196,500 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

. . .

income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED April 7, 2014.

UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with copies of the Final Order of Forfeiture on April 7, 2014, by the below identified method of service:

CM/ECF:

Michael I. Gowdey
Law Offices of Michael I. Gowdey
815 S. Casino Center Blvd.
Las Vegas, NV 89101
Email: mgowdey@aol.com
*Attorney for Nabil Sakkab*

/s/ Michelle C. Lewis
MICHELLE C. LEWIS
Paralegal Specialist