UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

NABIL SAKKAB,

Defendant.

Case No. 2:13-cr-00262-JCM-CWH

ORDER TO RETURN SURRENDERED PASSPORT

On July 29, 2013, defendant Nabil Sakkab surrendered his passport, No. 492813197, to the Clerk of Court pursuant to the Court's order (ECF No. 8). Sentencing and Disposition was held on November 14, 2013. On June 4, 2018, the Court granted defendant's motion for early termination of supervised release (ECF No. 42). Therefore, the Clerk is hereby directed to return defendant's surrendered passport to the U.S. Department of State, Office of Legal Affairs.

IT IS SO ORDERED.

Dated July 1, 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE